**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01736-LTB

DIRECTV, INC., a California corporation,

       Plaintiff,

v.

MICHAEL W. MATHERS, individually, and as officer, director, shareholder, and/or principals of MATHER'S BAR, INC., d/b/a THE BOARDROOM SPORTS BAR & RESTAURANT, a/k/a BOARDROOM,

and

MATHER'S BAR, INC., d/b/a THE BOADROOM SPORTS BAR & RESTAURANT, a/k/a BOARDROOM,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 5 - filed September 8, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                    s/Lewis T. Babcock
                                   Lewis T. Babcock, Judge

DATED: September 9, 2010